United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CINDY LOVE and JAMES LOVE, | § § § § § | CIVIL ACTION NO. 4:18-cv-04553 |
| Plaintiff, | § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TREATMENT MANAGEMENT COMPANY LLC, *et al.*, Defendants. | § § § § | |

### ORDER

This case was reassigned to this Court on October 23, 2019. Dkt 24. The order of reassignment vacated all settings. The Court recently granted the joint motion to continue all case deadlines. Dkt 30.

Before the Court is a motion for summary judgment by Defendant Midwest Fidelity Services LLC. Dkt 26.

The Court typically requires the parties to either mediate their dispute or attend a settlement conference with the Magistrate Judge prior to consideration of dispositive motions. The prior scheduling order did not include an applicable deadline requiring such mediation or settlement conference.

The Court will now require the parties to discuss and negotiate in good faith the potential for settlement. But the Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing or litigation-related matter.

The Court ORDERS the parties to confer and negotiate in good faith by April 10, 2020 regarding the potential for settlement. The parties must submit a joint report on same.

The parties may there state an intention to arrange for and participate in mediation, whether remote or in person. Or they may make request regarding availability of the Magistrate Judge for an in-person or telephonic settlement conference, if desired.

SO ORDERED.

Signed on March 20, 2020, at Houston, Texas.

*/s/ Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge