```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  HOUSTON DIVISION
```

Cindy Love, et al                  §
                                   §
                                   §
    Plaintiffs              §
                                   §
V.                                 §
                                   §         CA-H-18-4553
Treatment Management Company,      §
LLC et al

    Defendants

### **NOTIC**E OF SETTING HEARING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**DATE**:           May 14, 2020

TIME:           **9:00 A.M.**

TYPE OF PROCEEDING: **Telephonic Conference re**: **Settlement**


## **THIS IS A TELEPHONE CONFERENCE. PLEASE CALL 713.250.5590, MEETING ID:45590 PASSWORD: 13579. PLEASE DO NOT APPEAR AT THE COURTHOUSE.**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE           DATE:05.11.2020


/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD