IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cindy Love, et al | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-18cv4553 |
| | § | |
| | § | |
| Treatment Management Company LLC et al, | § | |
| Defendants | | |

**NOTICE OF SETTLEMENT CONFERENCE**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The above matter was referred to Magistrate Judge Nancy K. Johnson for a settlement conference.

You are hereby notified that the conference is **scheduled for Friday, May 29, 2020, at 10:00 A.M., by ZOOM.**

**REQUIRED ATTENDANCE AT THE SETTLEMENT CONFERENCE**

**Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.**

**CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

At least two (2) court days before the settlement conference the parties shall deliver directly to the chambers of the undersigned (Room 7019) a confidential settlement conference statement, which **should not be filed** with the Clerk of the Court,

**nor served** upon the other parties. Brevity is encouraged.

The confidential settlement conference statement shall include the following:

1. A brief statement of the facts of the case;
2. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;
3. A summary of the proceedings to date;
4. An estimate of the cost and time to be expended for further discovery, pretrial and trial;
5. The relief sought;
6. The party's position on settlement, including present demands and offers and history of past settlement discussions, offers and demands; and,
7. The name, title, and responsibilities of each person that will attend the settlement conference.

SIGNED this 18th day of May, 2020, at Houston, Texas.

Nancy K. Johnson
United States Magistrate Judge