# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CINDY LOVE and JAMES LOVE, | COURT FILE NO. 4:18-cv-04553 |
| Plaintiffs, | Judge Charles Eskridge |
| v. | |
| TREATMENT MANAGEMENT COMPANY, LLC and MIDWEST FIDELITY SERVICES, LLC, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs James and Cindy Love hereby stipulate and agree to dismiss the instant action with prejudice as to all Defendants. Each party shall be responsible for their own fees and costs.

Dated: June 12, 2020

By: /s/ Ramona Ladwig
Ramona Ladwig
State Bar No. 24092659
KAZEROUNI LAW GROUP, APC
1910 Pacific Ave, Suite 14155
Dallas, TX 75201
Telephone: (214) 880-6362
Fax: (800) 635-6425
Email: ramona@kazlg.com

*Attorneys for Plaintiffs*
*James and Cindy Love*

| | |
|---|---|
| Dated: June 12, 2020. | By /s/ Michael S. Poncin<br>Michael S. Poncin, attorney-in-charge<br>Minn. Bar #296417<br>Matthew P. Kostolnik<br>Minn. Bar #310669<br>MOSS & BARNETT, PA<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Telephone: (612) 877-5000<br>Fax:  (612) 877-5999<br>E-mail:  Mike.Poncin@lawmoss.com<br>E-mail: matt.kostolnik@lawmoss.com<br><br>*Attorneys for Defendant*<br>*Midwest Fidelity Services, LLC* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic notification, per Local Rule 5.1(d) and Fed. R. Civ. P. 5(b)(2)(E), to the persons and entities registered with CM/ECF on this 16th day of June, 2020.

                                              By: /s/ Ramona Ladwig
                                                       Ramona Ladwig